## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE **Steve Tiscione**          DATE: **11/8/16**

DOCKET NUMBER: **16 M 978**          FTR #: **2:10 - 2:22**

DEFENDANT'S NAME: **Andres Fernandez**

     ✓ Present    ___ Not Present    ✓ Custody    ___ Bail

DEFENSE COUNSEL: **Avrom Robin**

     ___ Federal Defender    ✓ CJA    ___ Retained

A.U.S.A: **Lindsay Gerdes**          CLERK: **Gmynn**

INTERPRETER: _____ (Language) _____

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

     ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
     ___ Defendant advised of bond conditions set by the Court and signed the bond.
     ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
     ___ (Additional) surety/ies to co-sign bond by _____
     ___ After hearing, Court orders detention in custody. ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start_____ Stop_____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: **Substitution of counsel. CJA Avrom Rubin appointed relieved. CJA Steven Brownstein appointed.**